DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL L. KURTZ,**
Appellant,

v.

**MARGARET A.W. MCINTYRE KURTZ,**
Appellee.

No. 4D21-2115

[February 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE09-007374.

Michael L. Kurtz, Fort Lauderdale, pro se.

Jonathan Z. Schiller of Brinkley Morgan, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***